**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI,
GREENVILLE DIVISION**

MARK LABOUVE                                                                                                                                                      Plaintiff,

v.                                         CASE NO. 4:17-cv-00095-DMB-JMV

METSO MINERALS INDUSTRIES,
INC. a/k/a METSO MINERALS
FROZEN PENSION PLAN and
JOHN DOES 1, 2 and 3,                                                                                  Defendants.

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, the Plaintiff, Mark LaBouve (hereinafter referred to as "Plaintiff" or "LaBouve"), by and through counsel of record, and files this Motion for Summary Judgment pursuant to Rule of Civil Procedure 56. Defendant Metso Minerals Industries, Inc. a/k/a Metso Minerals Frozen Pension Plan (hereinafter referred to as "Metso" or Defendant") filed a Motion to Dismiss (ECF # 3) and Plaintiff has responded (ECF # 13). The material facts are not in dispute and Plaintiff is entitled to summary judgment. Since this is a claim for employee benefits, which were denied, the Court may decide the issues based upon the record and the record as a whole is incorporated in this Motion for all purposes.

WHEREFORE, PREMISES CONSIDERED, Plaintiff moves for summary judgment and a determination that he is entitled to his vested retirement benefits, plus attorney's fees and costs. Plaintiff also requests general relief.

To the extent a separate memorandum of authorities is required, Movant requests the requirement be waived as the legal issues have been fully briefed in the record. Furthermore, in the event the amount of benefits is not certain at this time, the Plaintiff sough declaratory relief in his Complaint and the Court can

rule he is entitled to benefits and remand the matter to the Plan fiduciary for a determination of the exact benefits due.

Date: 08/30/2017              Respectfully submitted,

/s/ Richard Underwood
RICHARD D. UNDERWOOD, MSB 8533
Farris Bobango Branan PLC
999 S. Shady Grove Road, Ste. 500
Memphis, TN 38120
901.259.7100/901.259.7150 (fax)
runderwood@farris-law.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

A copy of the foregoing document has been served pursuant to Rule 5 of the Rules of Civil Procedure to:

David M. Thomas II
Balch & Bingham LLP
188 East Capital Street
Jackson, MS 39201

Kevin E. Hyde
Foley & Lardner LLP
One Independent Drive, Suite 1300
Jacksonville, FL 32202

Larry S. Perlman
Foley & Lardner LLP
2 S. Biscayne Blvd., Suite 1900
Miami, FL 33131

Date: 08/30/2017

/s/Richard Underwood
Richard Underwood