IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MARK LABOUVE**                                                                    **PLAINTIFF**

**V.**                                                                           **NO. 4:17-CV-95-DMB-JMV**

**METSO MINERALS INDUSTRIES,**
**INC. a/k/a Metso Minerals Frozen**
**Pension Plan, et al.**                                                              **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day, this action is

**DISMISSED with prejudice**.

**SO ORDERED**, this 28th day of March, 2018.

                                                                  **/s/Debra M. Brown**
                                                                  **UNITED STATES DISTRICT JUDGE**