IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-60325
_____

MARK LABOUVE,

    Plaintiff - Appellant

v.

METSO MINERALS INDUSTRIES, INCORPORATED, also known as Metso Minerals Frozen Pension Plan; JOHN DOES 1, 2 AND 3,

    Defendants - Appellees

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of October 30, 2018, pursuant to appellant's motion.

                                       LYLE W. CAYCE
                                       Clerk of the United States Court
                                       of Appeals for the Fifth Circuit

                                       By: _____
                                       Rebecca L. Leto, Deputy Clerk

                ENTERED AT THE DIRECTION OF THE COURT